IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
   v.                       )   CRIMINAL ACTION NO.
                            )      2:10cr49-MHT
ROOSEVELT DUNLAP            )         (WO)
```

## ORDER

It is ORDERED that defendant Roosevelt Dunlap's motion for credit for time served (doc. no.73) is denied without prejudice.  This is an issue in the first instance for the Bureau of Prisons.

It is further ORDERED that defendant Dunlap's motion for reconsideration (doc. no. 73) is denied.  The court remains convinced that, without adequate provocation and without self defense, defendant Dunlap assaulted his roommate in that, "[w]ith intent to cause serious physical injury to" his roommate, Dunlap "cause[d]

serious physical injury" to his roommate. 1975 Ala. Code § 13A-6-21(a)(1).

DONE, this the 17th day of March, 2011.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE