```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


  UNITED STATES OF AMERICA  )
                            )   CRIMINAL ACTION NO.
     v.                     )       2:10cr49-MHT
                            )           (WO)
  ROOSEVELT DUNLAP          )
```

ORDER

Upon consideration of defendant Roosevelt Dunlap's motion for early termination of supervised release (doc. no. 84), and the recommendation of the probation department (doc. no. 89) that the motion be granted based on the defendant's compliance with the terms of supervised release, his ongoing employment, and his opportunity to earn a higher salary if he is released from supervision, and based on the government's representation to the court that it does not oppose early termination (doc. no. 88), it is ORDERED that:

(1) The motion is granted.

(2) Defendant Roosevelt Dunlap's term of supervised

release is terminated effective immediately, and he is discharged.

DONE, this the 12th day of December, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE